# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paul Watson, Janet Watson, Andrew Watson, David Watson and Paul Watson, in his capacity as Trustee of Mitson Realty Trust,<br><br>       Plaintiffs,<br><br>v.<br><br>Town of Bellingham, Richard F. Ranieri, in his official capacity and individually, Lee G. Ambler, in his official capacity and individually, Scott Ambler, in his official capacity and individually, Bertrand Guerin, in his official capacity and individually, Dennis Fraine, in his official capacity and individually, Jerald A. Mayhew, in his official capacity, John Emidy, in his official capacity and individually, and Edward Wirtanen, in his official capacity and individually,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM OF LIS PENDENS PURSUANT TO M.G.L. c. 184 § 15

An action affecting title to the real property located at 23-26 Pearl Street, Bellingham, Massachusetts and known as the "Carryville Mill" has been filed in the above name Court with the above noted Civil Action No.

The parties to this action are:

1.    The Plaintiffs are:

      a.  Paul Watson, individually and in his capacity as Trustee of Mitson Realty Trust ;

      b.  Janet Watson;

      c.  Andrew Watson;

      d.  David Watson;

2.    The Defendants are:

    a.   Town of Bellingham;
    b.   Richard F. Ranieri, in his official capacity and individually;
    c.   Lee G. Ambler, in his official capacity and individually;
    d.   Scott Ambler, in his official capacity and individually;
    e.   Bertrand Guerin, in his official capacity and individually;
    f.   Dennis Fraine, in his official capacity and individually;
    g.   Jerald A. Mayhew, in his official capacity;
    h.   John Emidy, in his official capacity and individually;
    i.   Edward Wirtanen, in his official capacity and individually.

The involved property is more particularly described in the attached Exhibit A.

Paul Watson, individually and in his capacity as Trustee of Mitson Realty Trust, Janet Watson, Andrew Watson and David Watson,
By their attorney,

James P. Ehrhard (BBO#651797)
9 North Ashland Street
Worcester, MA. 01609
Office: 508.791.8411; Cell: 574.315.4339

Dated:  July 14, 2004

## ENDORSEMENT

Upon Motion and after Hearing the Court finds that the subject matter of this action constitutes a claim of right or right to title to real property or the use and occupation thereof and the building thereon.

Federal District Judge

Dated:

# EXHIBIT A

6895

697

## QUITCLAIM DEED

Roaring Brook Realty Company a corporation duly established under the laws of Rhode Island, and having its usual place of business in the city of Woonsocket, Providence County, Rhode Island, for consideration paid in the amount of Five Hundred Fifty Thousand ($550,000.00) Dollars grants to Paul Watson, as Trustee of Mitson Realty Trust under a declaration of trust date October 30, 1985 and recorded with the Norfolk County registry of Deeds, simultaneously herewith, with quitclaim covenants, the land and buildings thereon located in Bellingham, Norfolk County, Massachusetts and described as follows: *in the land court section as #477603*

FIRST:  A tract of land bound northeasterly by land of Thomas Connolly at or near Hoppin Brook; northwesterly by the location of the New York, New Haven and Hartford Railroad Company; Southwesterly and northwesterly by land of Harold M. Bullard; northwesterly by Pearl Street to the Charles River; southerly and southeasterly and easterly by said Charles River, said parcel having three tenement houses and mill and factory buildings thereon.

SECOND:  A small tract of land on the easterly side of said river and bounded northerly and westerly by said river opposite the parcel herein first described; southwesterly and southerly approximately two hundred forty-eight (248) feet by Pearl and Plain Streets; easterly by a wire fence and the line thereof extended to said river at land formerly of Taft Woolen Company, said fence being located a short distance easterly of a water tower located on the described tract.  This tract has factory buildings thereon.

Including all the water and flowage rights belonging to the grantor and all its rights and title in and to the land flowed by its mill pond or including therein, that are appurtenant to the described premises and the operation of the mill located thereon.

Being a portion of the premises described in a deed to the grantor of Nicholas Giardino et al. Trustee of Bellingham Industrial Park recorded with the Norfolk Registry of Deeds, Book 4609, page 727.

*  A portion of the above described parcels of land may be shown upon the plan issued by the Land Court as No. 3067A and as more particularly described in certificate No. 87546 of the Norfolk Registry District of the Land Court to which reference is hereby made.

Grantees Address:     7 Sherman Road
                      Millis, Massachusetts 02054

* Excise Stamps having been paid thru in connection with the conveyance deed recorded herewith, as # 479602

6895

698

In witness whereof, the said Roaring Brook Realty Company has caused its corporate seal to be hereto affixed and these present to be signed, acknowledged and delivered in its name and behalf by *Louis R. Goldson* its *President* hereto duly authorized, this *4th* day of December in the year one thousand nine hundred and eighty-five

Roaring Brook Realty Company

*Louis M. Goldstein*

Commonwealth of Massachusetts *President Treasurer*

Norfolk                          ss.                    December *4th* 1985

Then personally appeared the above named *Louis M. Goldstein* and acknowledged the foregoing instrument to be the free act and deed of the Roaring Brook Realty Company before me,

Notary Public

My commission expires

page 2

70/6

MASSACHUSETTS QUITCLAIM DEED INDIVIDUAL (LONG FORM) 662 203

Roaring Brook Realty Company, a Rhode Island corporation with a usual place of business

~of in Woonsocket,                    Providence           County, Rhode Island

~being unmarried,~ for consideration paid, and in full consideration of   ONE DOLLAR ($1.00)

grant to  PAUL WATSON and JANET WATSON, husband and wife, as tenants
by the entirety, both

of 7 Sherman Road, Millis, MA

                                                      with quitclaim covenants

the land in  Bellingham, Norfolk County, Massachusetts with the buildings
thereon, bounded and described as follows:

Beginning at the intersection of the westerly line of Pearl Street
and the northwesterly line of Cutler Street.

Thence:   S 56° -35'-00" W by said Cutler Street three hundred
          eighty-two and ninety-seven hundredths (382.97') feet
          to a point.

Thence:   N 01° -11' -00" E fifty (50') feet more or less to the
          southeasterly shore line of Mill Pond.

Thence:   Northeasterly, northerly, and northwesterly by Mill
          Pond six hundred ninety (690') feet more or less to a
          bound set at the southeasterly corner of land now or
          formerly Pleau.

Thence:   N. 16° - 24' -00" E by the easterly line of land of the
          aforementioned Pleau one hundred nineteen and
          eighty-seven hundredths (119.87') feet to a point on
          the southwesterly line of Pearl Street.

Thence:   S 72° -09' -05" E by said Pearl Street one hundred
          ninety-four and fifty-one hundredths (194.51') feet to
          a point at the beginning of a curve to the right.

Thence:   Easterly and southeasterly by a curve to the right that
          has a radius of one hundred ninety (190') feet at a
          distance of two hundred one and forty-six hundredths
          (201.46') feet to a point at the southeasterly terminus
          of said curve.

Thence:   S 11° -24' -00" E by said Pearl Street forty-five and
          ninety-eight hundredths (45.98') feet to the point of
          beginning.

Containing by estimation 1.18 acres of land.

Said premises are shown as Tract 2 on a plan entitled "Land in
Bellingham, Massachusetts, owned by Roaring Brook Realty, Inc.",
dated August 18, 1976 and recorded as Plan No. 668 of 1976 in
Norfolk County Registry of Deeds, Plan Book 257.

Including all the water and flowage rights belonging to the Grantor
and all its rights and title in and to the land flowed by its Mill
Pond or including therein, that are appurtenant to the described
premises and the operation of the mill located thereon.

For title see deed from Nicholas Guardino, et al, Trustee of Bellingham
Industrial Park recorded with Norfolk Deeds, Book 4609, Page 727.

This deed is given in order to confirm and make a more accurate description
of the premises conveyed by the Grantor to Paul Watson and Janet Watson
by deed dated December 4, 1985 and recorded with Norfolk Deeds, Book 6886,
Page 383.

PROPERTY ADDRESS:  23 Pearl Street, Bellingham, MA 02019

RECEIVED RECORDED 1986 APR 15 AM 11: 36

7016

204

In witness whereof the said Roaring Brook Realty Company has caused its
Corporate Seal to be hereto affixed and these presents to be signed,
acknowledged and delivered in its name and behalf by its President and
Treasurer hereto duly authorized this

Witness × hand and seal this ............... 3 1 st ............... day of ... March .......... 19 86 .

...................................................                    ........................................
                                                                     President and Treasurer,
...................................................                  Roaring Brook Realty Company

...................................................                  ........................................


                          STATE OF RHODE ISLAND
                    ~~COMMONWEALTH OF MASSACHUSETTS~~
          COUNTY OF PROVIDENCE
          ~~COUNTY~~XXXXXXXXXXX
                                                       March 31  1986

          Then personally appeared the above named LEWIS M. Goldstein, President and
          Treasurer of Roaring Brook Realty Company

          and acknowledged the foregoing instrument to be   his        free act and deed, before me
          and the free act and deed of Roaring Brook Realty Company.

                                                       ........................................
                                                       Notary Public; ~~Justice of the Peace~~

          My Commission Expires ........ June 30 , 1986