UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paul Watson, Janet Watson, Andrew Watson, David Watson and Paul Watson, in his capacity as Trustee of Mitson Realty Trust,<br><br>    Plaintiffs,<br><br>v.<br><br>Town of Bellingham, Richard F. Ranieri, in his official capacity and individually, Lee G. Ambler, in his official capacity and individually, Scott Ambler, in his official capacity and individually, Bertrand Guerin, in his official capacity and individually, Dennis Fraine, in his official capacity and individually, Jerald A. Mayhew, in his official capacity, John Emidy, in his official capacity and individually, and Edward Wirtanen, in his official capacity and individually,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>04 11577 GAO |

## PLAINTIFFS' MEMORANUDUM IN SUPPORT OF ENDORSEMENT OF LIS PENDENS

The Plaintiffs, by counsel, and, pursuant to M.G.L.c. 184 § 15, submit this Memorandum in support of their request for approval of a Memorandum of Lis Pendens in the underlying Amended Complaint.

### *SUMMARY OF ARGUMENT and DISCUSSION – ENDORSEMENT OF LIS PENDENS*

Massachusetts' law, specifically M.G.L.c. 184 § 15, is clear that a court must endorse a memorandum of lis pendens upon motion by a party if the matter concerns real estate. The Massachusetts Supreme Judicial Court stated in *Sutherland v. Aolean Development Corp.*, 399 Mass. 36, 40-41 (1987), that "Section 15 provides that if 'the subject matter of the actions constitutes a claim of a right to title to real property, the judge shall make a finding to the effect

and endorse the memorandum'. With the mandate that the judge 'shall' find and endorse, section 15 gives little discretion to the judge once the judge determines that the subject matter of the action concerns an interest in real estate."

It is undisputed that the subject matter of this adversary complaint does in fact involve an interest in real estate and specifically requires a determination as to whether the various of the Plaintiffs or the Defendant, Town of Bellingham, should have title to the parcels comprising 23-26 Pearl Street, Bellingham, Massachusetts and known as the "Carryville Mill". In these circumstances the endorsement of memorandum pursuant to M.G.L.c.184 § 15 is mandated.

                                    Paul Watson, individually and in his capacity as Trustee of Mitson Realty Trust, Janet Watson, Andrew Watson and David Watson,
By their attorney,

_____
James P. Ehrhard (BBO#651797)
9 North Ashland Street
Worcester, MA. 01609
Office: 508.791.8411; Cell: 574.315.4339

Dated: July 14, 2004