UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11577 GAO

| | |
|---|---|
| Paul Watson, Janet Watson, Andrew Watson, David Watson and Paul Watson, in his capacity as Trustee of Mitson Realty Trust,<br>    Plaintiffs,<br><br>v.<br><br>Town of Bellingham, Richard F. Ranieri, in his official capacity and individually, Lee G. Ambler, in his official capacity and individually, Scott Ambler, in his official capacity and individually, Bertrand Guerin, in his official capacity and individually, Dennis Fraine, in his official capacity and individually, Jerald A. Mayhew, in his official capacity John Emidy, in his official capacity and individually, and Edward Wirtanen, in his official capacity and individually,<br>    Defendants. | NOTICE OF APPEARANCE OF RICHARD T. CORBETT |

To the Clerk of the Above Named Court:

    Kindly enter my appearance as counsel for the Defendants in this matter.

CERTIFICATE OF SERVICE
I here[by certify tha]t I served a copy of the foregoing
p[leading on all parti]es by mailing same postage prepaid
to all [counsel of] record.
Signe[d under] the pains and penalties of perjury

_/s/ Richard T. Corbett_ 9/13/04

Richard T. Corbett
BBO #099280
Of Counsel, McLucas & West, P.C.
141 Tremont Street, 4th Floor
Boston, MA 02111-1227
(617) 338-4242