UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11577-GAO

PAUL WATSON, JANET WATSON,
ANDREW WATSON, DAVID WATSON,
and PAUL WATSON in his capacity as
Trustee of MITSON REALTY TRUST,
Plaintiffs,

v.

TOWN OF BELLINGHAM,
RICHARD F. RANIERI, Individually and
in his official capacity, LEE G. AMBLER,
Individually and in his official capacity,
SCOTT AMBLER, Individually and in his
official capacity, BERTRAND GUERIN,
Individually and in his official capacity,
DENNIS FRAINE, Individually and in his
official capacity, JERALD A. MAYHEW,
Individually and in his official capacity,
JOHN EMIDY, Individually and in his
official capacity, and EDWARD
WIRTANEN, Individually and in his
official capacity,
Defendants.

## NOTICE OF APPEARANCE

Please enter the appearance of Martin J. Rooney, Esq., Curley & Curley, P.C., 27 School Street, Boston MA 02108, as co-counsel for the Defendants.

2.

By their attorneys,

CURLEY & CURLEY, P.C.

/s/ Martin J. Rooney
Martin J. Rooney, Esq.
BBO# 426910
27 School Street
Boston MA 02108
617/523-2990

### CERTIFICATE OF SERVICE

I, Martin J. Rooney, Esq., hereby certify that I served by first class mail, postage prepaid, a true and correct copy of the foregoing pleading to the following counsel of record: John P. Ehrhard, Esq., 9 North Ashland Street, Worcester, MA 01609, and to Richard T. Corbett, Esq., McLucas & West, P.C., 141 Tremont Street, 4th Fl., Boston MA 02111-1227.

DATE: 9/24/04

/s/ Martin J. Rooney
Martin J. Rooney, Esq.
BBO # 426910