**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

Paul Watson, Janet Watson, Andrew Watson, David )
Watson and Paul Watson, in his capacity as Trustee of )
Mitson Realty Trust, )
                                           )
            Plaintiffs, )
                                           ) Civil Action No.: 04-11577-GAO
     v. )
                                           )
Town of Bellingham, Richard F. Ranieri, in his )
official capacity and individually, Lee G. Ambler, )
in his official capacity and individually, Scott Ambler, )
in his official capacity and individually, Bertrand )
Guerin, in his official capacity and individually, )
Dennis Fraine, in his official capacity and individually, )
Jerald A. Mayhew, in his official capacity, John Emidy, )
in his official capacity and individually, and  Edward )
Wirtanen, in his official capacity and individually, )
                                           )
            Defendants. )
_____ )

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Counsel for the parties have conferred, as required by Rule 16.1(B) of the Local Rules of

this Court, and now submit this Joint Statement in accordance with Local Rule 16.1(D).

### I.      NATURE OF THE CASE

This case involves thirteen separate counts against nine defendants including abuse of

process, malicious prosecution, negligent infliction of emotional distress, intentional

infliction of emotional distress, federal law civil rights claims, negligence, loss of

consortium, slander, state law civil rights claims, and interference with contractual

relations.   The Plaintiffs seek monetary damages, costs and attorneys' fees, and return of title to the property.

## II.    AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE

A.    The Plaintiffs' Request for Approval of Memorandum of Lis Pendens.

B.    The schedule for this action, which shall encompass the following:
1.    Fact discovery;
2.    Dispositive motions;
3.    Trial.

C.    Status of settlement discussions.

## III.    PROPOSED DISCOVERY PLAN AND MOTION SCHEDULE

The parties have agreed to the following proposed events:

A.    <u>Fact Discovery</u>

Each of the parties has not made its voluntary disclosures pursuant to Fed. R. Civ. 26(a)(1).    The parties agreed to wait until after this scheduling conference as contemplated by the Rule. The inspection and videotaping of the property at issue in this lawsuit shall be conducted by July 1, 2005.   All interrogatories, document requests, and/or requests for admissions must be served so that responses thereto will be served by January 1, 2006.   All depositions shall be taken on or before March 1, 2006.   Fact discovery shall be completed no later than March 1, 2006.  The Plaintiffs will designate any experts no later than February 1, 2006.  The Defendants will designate any experts no later than February 20, 2006.  All expert discovery will be completed by April 1, 2006.

B.    <u>Motions for Summary Judgment</u>

Motions for summary judgment, if any, shall be served and filed no later than May 1, 2006.   Opposition to any motions for summary judgment shall be served and filed no

later than May 20, 2006.  Replies to oppositions to motions for summary judgment shall be served and filed by June 1, 2006.

C.    Amendment of Pleadings, Joinder of Parties

Motions for leave to amend pleadings pursuant to Fed. R. Civ. P. 15 or for joinder of parties pursuant to Fed. R. Civ. P. 19 must be served and filed, to the extent that service or filing of such motions is otherwise permitted by this Court and by the Federal Rules of Civil Procedure, no later than April 29, 2005.

D.    Trial

A pretrial conference shall take place on the first date convenient to the court following its ruling on any summary judgment motion.

IV.    CERTIFICATIONS

The parties will submit the certifications required by Local Rule 16.1(D)(3) at or prior to the scheduling conference.  The Plaintiffs will have served a settlement demand on the Defendants prior to the scheduling conference.

V.    TRIAL BY MAGISTRATE JUDGE

The parties do not consent at this time to a trial by a Magistrate Judge.

VI.    ALTERNATIVE DISPUTE RESOLUTION

The parties consent to mediation to be conducted after the close of written discovery. Each party may attend the mediation through its counsel who shall have settlement authority.  **[TO BE CONFIRMED BY CLIENTS FOR BOTH PARTIES]**

Dated:  December 20, 2004

Respectfully submitted,

PAUL WATSON, ET AL.                          TOWN OF BELLINGHAM, ET AL.
Plaintiffs,                                  Defendants,
By their attorney,                           By their attorneys,


                                             /s/ Martin J. Rooney (with permission)
/s/ James P. Ehrhard_____                   /s/ Richard T. Corbett (with permission by MJR)_
James P. Ehrhard, Esq.                       Martin J. Rooney, Esq.
BBO#651797                                   CURLEY & CURLEY, P.C.
11 Pleasant Street, Suite 200                BBO#426910
Worcester, Massachusetts 01609               27 School Street
508.791.8411                                 Boston, Massachusetts 02108
                                             617.523.2990

                                             Richard T. Corbett, Esq.
                                             McLUCAS & WEST, P.C.
                                             BBO#099280
                                             141 Tremont Street, 4th Floor
                                             Boston, Massachusetts 02111-1227
                                             617.338.4242

4

5

## <u>CERTIFICATE OF SERVICE</u>

I, James P. Ehrhard, hereby certify that, upon receipt of the notice of electronic service, I will immediately serve a copy of the "Joint Statement Pursuant to Local Rule 16.1" via first class mail and via facsimile to the parties listed below if not noted as having received electronic service:

Martin J. Rooney, Esq.
CURLEY & CURLEY, P.C.
27 School Street
Boston, Massachusetts 02108
Facsimile:  617.523.7602

Richard T. Corbett, Esq.
McLUCAS & WEST, P.C
141 Tremont Street, 4th Floor
Boston, Massachusetts 02111-1227
Facsimile: 617.338.4244

    _/s/ James P. Ehrhard_____
    James P. Ehrhard, Esq.

Dated:  December 20, 2004