UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:
04-11577-GAO

PAUL WATSON, JANET WATSON, ANDREW WATSON, DAVID WATSON, and PAUL WATSON in his capacity as Trustee of MITSON REALTY TRUST,
Plaintiffs,

v.

TOWN OF BELLINGHAM,
RICHARD F. RANIERI, Individually and in his official capacity, LEE G. AMBLER, Individually and in his official capacity, SCOTT AMBLER, Individually and in his official capacity, BERTRAND GUERIN, Individually and in his official capacity, DENNIS FRAINE, Individually and in his official capacity, JERALD A. MAYHEW, Individually and in his official capacity, JOHN EMIDY, Individually and in his official capacity, and EDWARD WIRTANEN, Individually and in his official capacity,
Defendants.

## DEFENDANTS' RULE 26(a) DISCLOSURES.

A. **PERSONS WITH KNOWLEDGE:**

1. All plaintiffs;

2. All 8 individual defendants, who have knowledge of the specific facts of the incidents in which they were personally involved, as well as the policies and practices of the Town.

2.

3. Various record keepers with regard to deeds, titles, records of prior law suits, etc.

4. Various Selectmen in addition to Mr. Mayhew for the twenty year period alleged in the complaint, who may have knowledge of specific alleged incidents and/or various policies and practices of the Town.

5. Stuart LeClaire, Zoning and Building Inspector, Town of Bellingham, may have knowledge of some alleged events and the files of the office.

6. Michael Graf, Health Inspector, Town of Bellingham, may have knowledge of some alleged events and the files of the office.

7. All successors in office to any of the above officials who are not currently agents of the Town, or who are not agents at the time of trial. These people would have knowledge of some of the many alleged events, along with knowledge of the files of the Town.

8. Water Wizard Co., Rhode Island. Knowledge of the inspection of the sprinkler system at the mill property.

9. Former tenants of the mill property who may have knowledge of some of the events alleged in the complaint.

**B.   DOCUMENTS:**

1. All tax records, inspection records, police records, fire department records, Zoning and Building inspection records, Health Dept. records, and all lawsuits and related records concerning the almost 20 years of events noted in the complaint. These include records from at least 6 other prior lawsuits. These records are in possession of the Town. Specific records are available for review once identified with specificity at mutually agreeable times at the offices of the Town.

3.

2. Various court records from numerous courts, available at said courts.

3. Various deeds, available at the appropriate registry.

**D.   INSURANCE:**

1. A copy of the town's insurance policy with ACE USA has been requested and will be produced as soon as it is received.

By their attorneys,

CURLEY & CURLEY, P.C.

_____
Martin J. Rooney, Esq.
BBO# 426910
27 School Street
Boston MA 02108
617/523-2990

### CERTIFICATE OF SERVICE

I, Martin J. Rooney, Esq., hereby certify that I served by first class mail, postage prepaid, a true and correct copy of the foregoing pleading to the following counsel of record: John P. Ehrhard, Esq., 9 North Ashland Street, Worcester, MA 01609, and to Richard T. Corbett, Esq., McLucas & West, P.C., 141 Tremont Street, 4th Fl., Boston MA 02111-1227.

DATE: 12/22/04                           _____
                                         Martin J. Rooney, Esq.
                                         BBO # 426910