UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:
04-11577-GAO

PAUL WATSON, JANET WATSON,
ANDREW WATSON, DAVID WATSON,
and PAUL WATSON in his capacity as
Trustee of MITSON REALTY TRUST,
Plaintiffs,

v.

TOWN OF BELLINGHAM,
RICHARD F. RANIERI, Individually and
in his official capacity, LEE G. AMBLER,
Individually and in his official capacity,
SCOTT AMBLER, Individually and in his
official capacity, BERTRAND GUERIN,
Individually and in his official capacity,
DENNIS FRAINE, Individually and in his
official capacity, JERALD A. MAYHEW,
Individually and in his official capacity,
JOHN EMIDY, Individually and in his
official capacity, and EDWARD
WIRTANEN, Individually and in his
official capacity,
Defendants.

**DEFENDANTS' MOTION FOR PARTIAL DISMISSAL**

Now come the Defendants and move this court to dismiss the following counts

pursuant to Fed.R.Civ. P. Rule 12(b)(6):

1.    Count I, to the extent it refers to actions undertaken in 1991 and 1995;

       and regarding the 2002 criminal action, as it fails to allege the essential elements of the tort; and regarding the allegations made against the individual defendants in their official capacity;

2. Count II, to the extent it refers to actions undertaken in 1991 and 1995; and regarding the 2002 criminal action, as it fails to allege the essential elements of the tort; and regarding the allegations made against the individual defendants in their official capacity;

3. Count III, to the extent it refers to actions undertaken in 1991 and 1995; and regarding the 2002 criminal action, as it fails to allege the essential elements of the tort; and regarding the allegations made against the individual defendants in their official capacity; and further that the officials have immunity;

4. Count IV, to the extent that it alleges torts against the personal defendants in their individual capacity; and further as against the Town in that there has not been adequate presentment alleged and the actions are time barred;

5. Count V, regarding the allegations made against the individual defendants in their official capacity; and further that the allegations do not state a claim under the Massachusetts Civil Rights Act;

6. Count VI, as it is duplicative of Count IV, and to the extent that it alleges torts against the personal defendants in their individual capacity; and further as against the Town in that there has not been adequate presentment alleged and the actions are time barred;

7. Counts IX, X, and XI, as they are time barred, there has been no presentment, and fail to state claims under the civil rights acts;

8. Count XII as it is time barred;

9. Count XIII as it fails to state a claim.

The Defendants submitted the attached Memorandum of Law in support of this motion.

3

By their attorneys,

CURLEY & CURLEY, P.C.

/s/ Martin J. Rooney, Esq.
Martin J. Rooney, Esq.
BBO# 426910
27 School Street
Boston MA 02108
617/523-2990

## LOCAL RULE 7.1 CERTIFICATE.

The Defendants certify that they attempted to obtain concurrence on this motion without success.

Martin J. Rooney, Esq.
Atty. for Defendants

## CERTIFICATE OF SERVICE

I, Martin J. Rooney, Esq., hereby certify that I served by first class mail, postage prepaid, a true and correct copy of the foregoing pleading to the following counsel of record: John P. Ehrhard, Esq., 9 North Ashland Street, Worcester, MA 01609, and to Richard T. Corbett, Esq., McLucas & West, P.C., 141 Tremont Street, 4th Fl., Boston MA 02111-1227.

4

DATE: December 14, 2005          /s/ Martin J. Rooney
                                 Martin J. Rooney, Esq.
                                 BBO # 426910