UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11577-GAO

**PAUL WATSON, JANET WATSON, ANDREW WATSON, DAVID WATSON, and PAUL WATSON in his capacity as Trustee of MITSON REALTY TRUST,**
        **PLAINTIFFS**

**v.**

**TOWN OF BELLINGHAM, RICHARD F. RANIERI, Individually and in his official capacity, LEE G. AMBLER, Individually and in his official capacity, SCOTT AMBLER, Individually and in his official capacity, BERTRAND GUERIN, Individually and in his official capacity and in his capacity, DENNIS FRAINE, Individually and in his official capacity, JERALD A. MAYHEW, Individually and in his official capacity, JOHN EMIDY, Individually and in his official capacity, and EDWARD WIRTANEN, Individually and in his official capacity.**
        **DEFENDANTS**

**PLAINTIFFS' OPPOSITION TO THE DEFENDANTS'
MOTION FOR PARTIAL DISMISSAL**

NOW COME the Plaintiffs to oppose the Defendants' Motion for Partial Dismissal. In support thereof the Plaintiffs submit the Memorandum attached to this opposition.

        Respectfully Submitted,
        The Plaintiffs,
        By their counsel,

        /s/ James P. Ehrhard
        James P. Ehrhard, Esq.
        BBO 651791
        Wendy M. Mead, Esq.
        BBO 635333
        Kressler & Ehrhard, PC
        11 Pleasant Street, Ste. 200
        Worcester, MA  01609
        TEL (508) 791-8411
        FAX (508) 752-6168

DATED: February 8, 2006

## CERTIFICATE OF SERVICE

I, Wendy M. Mead, hereby certify that I have serve a copy of the this Opposition and Memorandum by first class mail to the parties listed below:

| | |
|---|---|
| Martin J. Rooney, Esq. | Richard T. Corbett, Esq. |
| 27 School Street | McLucas & West, PC |
| Boston, MA  02108 | 141 Tremont Street, 4th Fl. |
| | Boston, MA  021111 |

        /s/ Wendy M. Mead
        Wendy M. Mead


Dated: February 8, 2006