EXHIBIT

A

# ETTE

LK, PLAINVILLE AND WRENTHAM

42 Pages, in 3 sections ∎ Vol. 22, No. 10 ∎ FREE

# Progress at the Pearl Street mill

## Efforts to bring affordable housing to Bellingham seniors moving on

**By Rick Holland**
STAFF WRITER

BELLINGHAM — The Pearl Street Mill will never again be home to machines that make wool sweaters, but it will eventually welcome grannies who knit them.

Selectmen Ann Odabashian has made it a five-year crusade to turn the dilapidated, crumbling former textile mill into the town's largest oasis for affordable senior housing.

Earlier this week, a milestone in her quest was passed, when a developer, Braintree-based Caryville Mill, LLC, was approved by selectmen to develop up to 146 apartments and assisted living units for seniors.

"They very much had a handle on creating affordable senior housing, and that affordable element was a huge component for us," said Odabashian.

As it stands, the town's public housing for seniors is limited to 120 rental units, split between the Depot Court and Wrentham Manor facilities, according to Janice Towne, director of the Bellingham Housing Authority.

MILL, page 12

# Mill eyed for senior housing

MILL, from page 1

The current wait for Bellingham seniors to secure an affordable unit in town is about three years, according to Odabashian.

Such a wait is unacceptable in her eyes and her voice rises when she talks about the motivation that continues to fuel her vision to create an affordable roof over head for the elderly in town.

"Our senior population has worked all their lives, and at a point when they have earned the chance to rest and relax, they face drug, electricity, gas and housing costs that are out of sight," said Odabashian. "It's outrageous what we've done to seniors in this way, I don't know how they mange it...It aggravates the heart and soul of me and it's wrong."

The vision of what the mill's 22-acre site could be, however, has stayed with Odabashian ever since she went to look at it with Town Administrator Denis Fraine in 2000. That was the year the town foreclosed on the property after its owner was unable to pay $500,000 in back property taxes.

"When I first looked at the site, I said what a beautiful property," Odabashian recalled. "I think when you're looking to create senior housing, you want a place that's going to be pretty, that's going to be a restful, comfortable place to live."

State funds are already being used to repair and retrofit the Pearl Street bridge, adjacent to the mill, which crosses the Charles River. Parking lots across from the mill are not a part of the development plan, and will continue to be owned by the town after Caryville pays the town $100,000 for the site.

"We need to create a park where those parking lots are now," said Odabashian.

Now that Caryville has been approved as developer for the site, details such as the percentage of units which will be offered at affordable rates must be hammered out by lawyers for each side, according to Odabashian. Town officials expect, however, that the mill's affordable assisted living units – those which provide residents with extra services such as three meals daily as well as on-site medical staff – will be offered for between $700 and $1,000 per month. At an average monthly cost of $4,629, Boston is home to the most expensive assisted living units in the nation, according to a recent study by insurance company MetLife.

Retirement communities still flourish in places like Florida and Arizona, but Senior Center Director Laura DeMattia said many seniors are electing to "age in place," preferring to stay close to friends, social connections, and family members.

"Assisted living is not the same as staying at home and having (services) come in, but for those interested in downsizing or moving out of a house but staying local, to have an affordable assisted living option would be wonderful," said DeMattia.

With an idyllic setting and a housing project that meets a pressing need, Odabashian said the mill cannot be built soon enough. Yet she acknowledged the development has layers of complexity that translates to waiting "a year at least before we put a shovel in the ground."

Among the issues to be resolved before building begins is continuing site clean up work, which involves federal grant money from the Environmental Protection Agency.

"The EPA has been unbelievably generous already, they've done soil borings and site analysis, but there's lots more to do," said Odabashian.

One of the next items on the EPA's list is to determine whether there is any hazardous material in a series of piles on the site, which Odabashian said may have been there since the mill was operational.

And while Caryville has pledged to attempt to preserve as much of the mill structures as possible, Fraine said more than three-quarters of the exiting buildings will be torn down in order to construct a single, multi-story building on the site. He also noted that wastewater treatment issues for the site must be resolved, and the town anticipates involvement from the Army Corps of Engineers - which owns an abutting parcel — and the Charles River Watershed Association.

Whenever the project is completed, Odabashian said it will represent a vast improvement to the area and a more neighborhood friendly use than selling the property off to a company for commercial use.

"This project is important to our town and it is going to benefit the whole neighborhood," she said. "But it's also going to be important for seniors coming from other communities as well."

**BELLINGHAM**
**OFFICE OF THE COLLECTOR OF TAXES**      Grace L. Antonelli

Based on assessments as of January 1, 2001, your Real Estate Tax for the fiscal year beginning July 1, 2001 and ending June 30, 2002 on the parcel of real estate described below is as follows:

REMIT TO: TOWN OF BELLINGHAM
P.O. BOX 204
BELLINGHAM, MA 02019

| TAX RATE PER $1000 | | | |
|---|---|---|---|
| CLASS 1 Residential | CLASS 2 Open Space | CLASS 3 Commercial | CLASS 4 Industrial |
| 12.21 | 12.21 | 13.95 | 13.95 |

MAP/PARCEL: 0004-0054
Commercial

| SPECIAL ASSESSMENTS | | |
|---|---|---|
| Type | Amount | Interest |
| | | |

Class: 7016
Book: 203
Page:
Ct.: 04151986
Date:
Acres: 1.180
23 PEARL ST

Total Special Assessments:

| REAL ESTATE PROPERTY | | |
|---|---|---|
| Description | Cls | Valuation |
| Com/Auto Repair | 3 | 84,200 |
| Total Valuation | | 84,200 |
| Taxable Valuation | | 84,200 |

| 2002 Tax: | 1,174.59 |
|---|---|
| Liens/Betterments: | |
| Abatements: | |
| 2002 Total Charge: | 1,174.59 |
| Preliminary Billing: | 553.20 |
| Tax Payments Received: | |
| Prior Balance Remaining: | 553.20 |
| Interest On Balance Due: | 29.28 |
| 3rd Quarter Tax Due: | 310.70 |
| 3rd Qtr Lien/Betterment: | |
| Penalty Amounts: | |
| **TOTAL AMOUNT** | **893.18** |

WATSON, PAUL + JANET
7 SHERMAN RD
MILLIS, MA 02054

[stamp: DEC 27 '01  12·27·]

3RD QUARTER TAX BILLING
Bill# 001078
Payment Due By: 01-Feb-2002
Abatement Applications to
Assessors due: 01-Feb-2002

---

This form approved by Commissioner of Revenue

**FISCAL YEAR 2002 TAX:** This tax bill shows the amount of real estate taxes you owe for fiscal year 2002 (July 1, 2001 - June 30, 2002). The tax shown in this bill is based on assessments as of January 1, 2001. The bill also shows betterments, special assessments and other charges.

**PAYMENT DUE DATES/INTEREST CHARGES:** Your preliminary tax was payable in two equal installments if preliminary bills were mailed on or before August 1, 2001. The first payment was due on August 1, 2001, or 30 days after the bills were mailed, whichever was later, and the second payment was due on November 1, 2001. However, if preliminary bills were mailed after August 1, 2001, your preliminary tax was due as a single installment on November 1, 2001, or 30 days after the bills were mailed, whichever was later. Your preliminary tax is shown on this bill as a credit against your tax, including betterments, special assessments and other charges. If tax bills were mailed on or before December 31, 2001, the balance is payable in two equal installments. Your first payment is due on February 1, 2002. Your second payment is due on May 1, 2002. However, if tax bills were mailed after December 31, 2001, the balance is due as a single installment on May 1, 2002, or 30 days after the bills were mailed, whichever is later. If your payments are not made by their due dates, interest at the rate of 14% per annum will be charged on the unpaid and overdue amount. If tax bills were mailed on or before December 31, 2001, interest will be computed on overdue first payments from February 1, 2001 and on overdue second payments from May 1, 2002 to the date payment is made. If tax bills were mailed after December 31, 2001, interest will be computed on overdue final payments from May 1, 2002, or the payment due date, whichever is later, to the date payment is made. You will also be required to pay charges and fees incurred for collection if payments are not made when due. Payments are considered made when received by the Collector. To obtain a receipted bill, enclose a self-addressed stamped envelope and both copies of the bill with your payment.

**ABATEMENT/EXEMPTION APPLICATIONS:** You have a right to contest your assessment. To do so, you must file an application for an abatement in writing on an approved form with the Board of Assessors. You may apply for an abatement if you believe your property is valued at more than its fair cash value, is not assessed fairly in comparison with other properties, or if a classified tax system is used locally, is not properly classified. If tax bills were mailed on or before December 31, 2001, the filing deadline for an abatement application is February 1, 2002. However, if tax bills were mailed after December 31, 2001, the deadline is May 1, 2002, or 30 days after the date the bills were mailed, whichever is later.

You may be eligible for an exemption from or deferral of all or some of your tax. In order to obtain an exemption for which you are qualified, you must file an application in writing on an approved form with the assessors. The filing deadline for an exemption under Mass. G.L. Ch.59, §5, Cls.(17, 17C, 17C½, 17D), 18, 22, 22A, 22B, 22C, 22D, 22E, (37, 37A), (41, 41B, 41C), 42, 43, (52) or a deferral under Cl.41A is 3 months after the date tax bills were mailed. The filing deadline for all other exemptions under Ch.59, §5 is February 1, 2001 if tax bills were mailed on or before December 31, 2001, or May 1, 2002, or 30 days after tax bills were mailed, whichever is later. If the bills were mailed after December 31, 2001. The filing deadline for a residential exemption under Ch.59, §5, if locally adopted and not shown on your bill, is 3 months after the date tax bills were mailed.

Applications are timely filed when (1) received by the assessors on or before the filing deadline, or (2) mailed by United States mail, first class postage prepaid, to the proper address of the assessors, on or before the filing deadline, as shown by a postmark made by the United States Postal Service. If your application is not timely filed, the assessors cannot by law grant an abatement or exemption.

**INQUIRIES:** If you have questions on your valuation or assessment or on abatements or exemptions, you should contact the Board of Assessors. If you have questions on payments, you should contact the Collector's Office.

---

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

THE COMMONWEALTH OF MASSACHUSETTS
BELLINGHAM
OFFICE OF THE COLLECTOR OF TAXES     Grace L. Antonelli

**FISCAL YEAR 2002 REAL ESTATE TAX BILL**
Based on assessments as of January 1, 2001, your Real Estate Tax for the fiscal year beginning July 1, 2001 and ending June 30, 2002 on the parcel of real estate described below is as follows:

REMIT TO: TOWN OF BELLINGHAM
P.O. BOX 204
BELLINGHAM, MA 02019

OFFICE HOURS: Mon-Thur, 8:30 - 4:30
Mon. Eve, 6-8 pm; Fri, 8:30-1pm
TELEPHONE: 966-5826

| TAX RATE PER $1000 | | | |
|---|---|---|---|
| CLASS 1 Residential | CLASS 2 Open Space | CLASS 3 Commercial | CLASS 4 Industrial |
| 12.21 | 12.21 | 13.95 | 13.95 |

MAP/PARCEL
Commercial

| SPECIAL ASSESSMENTS | | |
|---|---|---|
| Type | Amount | Interest |

Class: 7016
Book: 203
Page:
Ct.: 04151986
Date:
Acres: 1.180
23 PEARL ST

Total Special Assessments:

| REAL ESTATE PROPERTY | | |
|---|---|---|
| Description | Cls | Valuation |
| Com/Auto Repair | 3 | 84,200 |
| Total Valuation | | 84,200 |
| Taxable Valuation | | 84,200 |

| 2002 Tax: | 1,174.59 |
|---|---|
| Liens/Betterments: | |
| Abatements: | |
| 2002 Total Charge: | 1,174.59 |
| Preliminary Billing: | 553.20 |
| Tax Payments Received: | |
| Prior Balance Remaining: | 553.20 |
| Interest On Balance Due: | 29.28 |
| 3rd Quarter Tax Due: | 310.70 |
| 3rd Qtr Lien/Betterment: | |
| Penalty Amounts: | |
| **TOTAL AMOUNT** | **893.18** |

WATSON, PAUL + JANET
7 SHERMAN RD
MILLIS, MA 02054          * *

3RD QUARTER TAX BILLING
Bill# 001078

BELLINGHAM
OFFICE OF THE COLLECTOR OF TAXES          Grace L. Antonelli

Based on assessments as of January 1, 2001, your Real Estate Tax for the fiscal year beginning July 1, 2001 and ending June 30, 2002 on the parcel of real estate described below is as follows:

REMIT TO: TOWN OF BELLINGHAM
P.O. BOX 204
BELLINGHAM, MA 02019

OFFICE HOURS: Mon-Thur. 8:30 - 4:30
Mon. Eve. 6-8 pm; Fri. 8:30-1pm
TELEPHONE: 966-5826

| TAX RATE PER $1000 | | | |
|---|---|---|---|
| CLASS 1 Residential | CLASS 2 Open Space | CLASS 3 Commercial | CLASS 4 Industrial |
| 12.21 | 12.21 | 13.95 | 13.95 |

MAP/PARCEL: 0004-0060
Industrial
Class: 6895
Book: 697
Page:
Ctf.: 12191985
Date:
Acres: 20.875
26 PEARL ST

SPECIAL ASSESSMENTS
| Type | Amount | Interest |
|---|---|---|
| | | |
| | | |
| | | |
| Total Special Assessments: | | |

REAL ESTATE PROPERTY
| Description | Cls | Valuation |
|---|---|---|
| Ind/Manufacturi | 4 | 366,900 |
| Total Valuation | | 366,900 |
| Taxable Valuation | | 366,900 |

2002 Tax:             5,118.26
Liens/Betterments:
Abatements:
2002 Total Charge:    5,118.26
Preliminary Billing:  2,410.54
Tax Payments Received:
Prior Balance Remaining: 2,410.54
Interest On Balance Due:  127.59
3rd Quarter Tax Due:  1,353.86
3rd Qtr Lien/Betterment:
Penalty Amounts:
------TOTAL AMOUNT------
                      3,891.99

MITSON REALTY TRUST
WATSON, PAUL, TR
7 SHERMAN RD
MILLIS, MA 02054

REC 12.27.01

3RD QUARTER TAX BILLING
Bill# 001074
Payment Due By: 01-Feb-2002
Abatement Applications to
Assessors due : 01-Feb-2002

This form approved by Commissioner of Revenue

**FISCAL YEAR 2002 TAX:** This tax bill shows the amount of real estate taxes you owe for fiscal year 2002 (July 1, 2001 - June 30, 2002). The tax shown in this bill is based on assessments as of January 1, 2001. The bill also shows betterments, special assessments and other charges.

**PAYMENT DUE DATES/INTEREST CHARGES:** Your preliminary tax was payable in two equal installments if preliminary bills were mailed on or before August 1, 2001. The first payment was due on August 1, 2001, or 30 days after the bills were mailed, whichever was later, and the second payment was due on November 1, 2001. However, if preliminary bills were mailed after August 1, 2001, your preliminary tax was due as a single installment on November 1, 2001, or 30 days after the bills were mailed, whichever was later. Your preliminary tax is shown on this bill as a credit against your tax, including betterments, special assessments and other charges. If tax bills were mailed on or before December 31, 2001, the balance is payable in two equal installments. Your first payment is due on February 1, 2002. Your second payment is due on May 1, 2002. However, if tax bills were mailed after December 31, 2001, the balance is due as a single installment on May 1, 2002, or 30 days after the bills were mailed, whichever is later. If your payments are not made by their due dates, interest at the rate of 14% per annum will be charged on the unpaid and overdue amount. If tax bills were mailed on or before December 31, 2001, interest will be computed on overdue first payments from February 1, 2001 and on overdue second payments from May 1, 2002 to the date payment is made. If tax bills were mailed after December 31, 2001, interest will be computed on overdue final payments from May 1, 2002, or the payment due date, whichever is later, to the date payment is made. You will also be required to pay charges and fees incurred for collection if payments are not made when due. Payments are considered made when received by the Collector. To obtain a receipted bill, enclose a self-addressed stamped envelope and both copies of the bill with your payment.

**ABATEMENT/EXEMPTION APPLICATIONS:** You have a right to contest your assessment. To do so, you must file an application for an abatement in writing on an approved form with the Board of Assessors. You may apply for an abatement if you believe your property is valued at more than its fair cash value, is not assessed fairly in comparison with other properties, or if a classified tax system is used locally, is not properly classified. If tax bills were mailed on or before December 31, 2001, the filing deadline for an abatement application is February 1, 2002. However, if tax bills were mailed after December 31, 2001, the deadline is May 1, 2002, or 30 days after the date the bills were mailed, whichever is later.

You may be eligible for an exemption from or deferral of all or some of your tax. In order to obtain an exemption for which you are qualified, you must file an application in writing on an approved form with the assessors. The filing deadline for an exemption under Mass. G.L. Ch.59, §5, Cls.(17, 17C, 17C½, 17D), 18, 22, 22A, 22B, 22C, 22D, 22E, (37, 37A), (41, 41B, 41C), 42, 43, (52) or (53) or a deferral under Cl.41A is 3 months after the date tax bills were mailed. The filing deadline for all other exemptions under Ch.59, §5 is February 1, 2001 if tax bills were mailed on or before December 31, 2001, or May 1, 2002, or 30 days after the date tax bills were mailed, whichever is later. If the bills were mailed after December 31, 2001. The filing deadline for a residential exemption under Ch.59, §5, if locally adopted and not shown on your bill, is 3 months after the date tax bills were mailed.

Applications are timely filed when (1) received by the assessors on or before the filing deadline, or (2) mailed by United States mail, first class postage prepaid, to the proper address of the assessors, on or before the filing deadline, as shown by a postmark made by the United States Postal Service. If your application is not timely filed, the assessors cannot by law grant an abatement or exemption.

**INQUIRIES:** If you have questions on your valuation or assessment or on abatements or exemptions, you should contact the Board of Assessors. If you have questions on payments, you should contact the Collector's Office.

-------------------- PLEASE RETURN THIS STUB WITH YOUR PAYMENT --------------------

**FISCAL YEAR 2002 REAL ESTATE TAX BILL**

THE COMMONWEALTH OF MASSACHUSETTS
BELLINGHAM
OFFICE OF THE COLLECTOR OF TAXES          Grace L. Antonelli

Based on assessments as of January 1, 2001, your Real Estate Tax for the fiscal year beginning July 1, 2001 and ending June 30, 2002 on the parcel of real estate described below is as follows:

REMIT TO: TOWN OF BELLINGHAM
P.O. BOX 204
BELLINGHAM, MA 02019

OFFICE HOURS: Mon-Thur. 8:30 - 4:30
Mon. Eve. 6-8 pm; Fri. 8:30-1pm
TELEPHONE: 966-5826

| TAX RATE PER $1000 | | | |
|---|---|---|---|
| CLASS 1 Residential | CLASS 2 Open Space | CLASS 3 Commercial | CLASS 4 Industrial |
| 12.21 | 12.21 | 13.95 | 13.95 |

MAP/PARCEL: 0004-0060
Industrial
Class: 6895
Book: 697
Page:
Ctf.: 12191985
Date:
Acres: 20.875
26 PEARL ST

SPECIAL ASSESSMENTS
| Type | Amount | Interest |
|---|---|---|
| | | |
| Total Special Assessments: | | |

REAL ESTATE PROPERTY
| Description | Cls | Valuation |
|---|---|---|
| Ind/Manufacturi | 4 | 366,900 |
| Total Valuation | | 366,900 |
| Taxable Valuation | | 366,900 |

2002 Tax:             5,118.26
Liens/Betterments:
Abatements:
2002 Total Charge:    5,118.26
Preliminary Billing:  2,410.54
Tax Payments Received:
Prior Balance Remaining: 2,410.54
Interest On Balance Due:  127.59
3rd Quarter Tax Due:  1,353.86
3rd Qtr Lien/Betterment:
Penalty Amounts:
------TOTAL AMOUNT------
                      3,891.99

MITSON REALTY TRUST
WATSON, PAUL, TR
7 SHERMAN RD
MILLIS, MA 02054

3RD QUARTER TAX BILLING
Bill# 001074

* *