UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11577 GAO

| | |
|---|---|
| Paul Watson, Janet Watson, Andre Watson, David Watson and Paul Watson, in his capacity as Trustee of Mitson Realty Trust, Plaintiffs,<br>vs.<br>Town of Bellingham, Richard F. Ranieri, in his official capacity and individually, Lee G. Ambler, in his official capacity and individually, Scott Ambler, in his official capacity and individually, Bertrand Guerin, in his official capacity and individually, Dennis Fraine, in his official capacity and individually, Jerald A. Mayhew, in his official capacity, John Emidy, in his official capacity and individually, and Edward Wirtanen, in his official capacity and individually, Defendants. | } |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Now come the defendants and move this court to enter summary judgment in their favor on all remaining claims, as there are no material issues of fact in dispute and the defendants are entitled to judgment as a matter of law.

Defendants,

By their attorneys,
CURLEY & CURLEY, P.C.

/S/ Martin J. Rooney
Martin J. Rooney, Esq.
BBO No. 426910
27 School Street
Boston, MA 02108
(617) 523-2990

Date: 11/30/06

## CERTIFICATE OF SERVICE

We, Curley & Curley, P.C., attorneys for the Defendant, hereby certify that we served a true and correct copy of the above notice by mailing a copy postage prepaid to the following counsel of record:

>John P. Ehrhard, Esquire
>9 North Ashland Street
>Worcester, MA  01609

>Richard T. Corbett, Esquire
>McLucas & West, P.C.
>141 Tremont St., 4th Floor
>Boston, MA  02111-1227

/S/ Martin J. Rooney
Martin J. Rooney, Esq.
BBO No. 426910

Dated: 11/30/06