# EXHIBIT 2

| CRIMINAL DOCKET | DOCKET NO. 0266CR000214 | ATTORNEY NAME _Atty M Lawson_ |
|---|---|---|

**COURT DIVISION** Milford    **INTERPRETER REQUIRED**

| DATE and JUDGE | DOCKET ENTRY |
|---|---|
| 2.1.02 _Powers J_ | ☑ Attorney appointed (SJC R. 3:10) _own_ <br> ☐ Atty denied and Deft Advised per 211D §2A <br> ☐ Waiver of counsel found after colloquy |

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT**
WATSON, PAUL J
26 PEARL ST
BELLINGHAM, MA 02019

_7 Sherman Rd., Milles Ma. 02045  2.1.02_

_Stay away fr 26 Pearl St Bellingham Mt_

**Terms of release set:**
☑ PR   ☐ Bail: _____
☐ Held (276 §58A)
☐ See back for special conditions

**Arraigned and advised:**
☐ Potential of bail revocation (276 §58)
☐ Right to bail review (276 §58)
☐ Right to drug exam (111E §10)

**DEFT. DOB AND SEX** 05/25/1938   M

**DATE OF OFFENSE(S)** 01/31/2002

**PLACE OF OFFENSE(S)** BELLINGHAM

**Advised of right to jury trial:**
☐ Does not waive
☑ Waiver of jury trial found after colloquy

**COMPLAINANT** GUZOWSKI, EDWARD

**POLICE DEPARTMENT (if applicable)** BELLINGHAM PD

_10. 31. 02_

**DATE OF COMPLAINT** 02/01/2002

**RETURN DATE AND TIME** 02/01/2002 08:30:00 _Rm/Hd_

Advised of trial rights as pro se (Supp. R. 4)

Advised of right of appeal to Appeals Ct (R. 28)

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| 1. 272/53/F  DISORDERLY CONDUCT c272 §53 | | | _100_ ✓ | | _35_ ✓ ☐ WAIVED |

**DISPOSITION DATE and JUDGE** _10.31.02  Powers J_

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without guilty finding until:
☑ Probation _VCm_    ☐ Pretrial Probation (276 §87) - until: _3 mos  1-31-03_
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon: ☐ Request of Comm.  ☐ Request of Victim
  ☐ Request of Deft  ☐ Failure to prosecute  ☐ Other: _____
☐ Filed with Deft's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C)

**DISPOSITION METHOD**
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

**FINDING**
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

**FINAL DISPOSITION**
☑ Dismissed on recommendation of Probation Dept.   JUDGE _Powers Jr_   DATE _2/13/03_
☐ Probation terminated: defendant discharged

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| 2. 266/16A  B&E FOR MISDEMEANOR c266 §16A | | | | | ☐ WAIVED |

**DISPOSITION DATE and JUDGE** _10.31.02  Powers J_

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation    ☐ Pretrial Probation (276 §87) - until: _____
☐ To be dismissed upon payment of court costs/restitution
☒ Dismissed upon: ☑ Request of Comm.  ☐ Request of Victim
  ☐ Request of Deft  ☐ Failure to prosecute  ☐ Other: _____
☐ Filed with Deft's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C)

**DISPOSITION METHOD**
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☒ None of the Above

**FINDING**
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

**FINAL DISPOSITION**   JUDGE _____   DATE _____
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | ☐ WAIVED |

**DISPOSITION DATE and JUDGE**

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation    ☐ Pretrial Probation (276 §87) - until: _____
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon: ☐ Request of Comm.  ☐ Request of Victim
  ☐ Request of Deft  ☐ Failure to prosecute  ☐ Other: _____
☐ Filed with Deft's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C)

**DISPOSITION METHOD**
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

**FINDING**
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

**FINAL DISPOSITION**   JUDGE _____   DATE _____
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | ☐ WAIVED |

**DISPOSITION DATE and JUDGE**

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation    ☐ Pretrial Probation (276 §87) - until: 8347B000111/13/02 COST   100.00
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon: ☐ Request of Comm.  ☐ Request of Victim
  ☐ Request of Deft  ☐ Failure to prosecute  ☐ Other: 8347B000111/13/02 VWF   35.00
☐ Filed with Deft's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C)

**DISPOSITION METHOD**
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

**FINDING**
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

**FINAL DISPOSITION**   JUDGE _____   DATE _____
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

☐ ADDITIONAL COUNTS ATTACHED

**COURT ADDRESS**
Milford District Court
161 West Street
Milford, MA 01757

A TRUE COPY ATTEST: X _____

CLERK-MAGISTRATE/ASST. CLERK _____   ON (DATE) _____

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | | | JUDGE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 2.22.02 | ptc | ☐ Held | ☐ Cont'd | | | | | |
| 3 | 3-15-02 | ptc | ☐ Held | ☐ Cont'd | | | | | |
| 4 | 5.10.02 | mo | ☐ Held | ☐ Cont'd | (to Suppress) | | | | |
| 4 | 7.12.02 | mo | ☐ Held | ☐ Cont'd | to Suppress | | | | |
| 5 | 9-12-02 | MO/STATUS | ☐ Held | ☐ Cont'd | | | | | |
| 6 | 9.20.02 | MO/STATUS | ☐ Held | ☐ Cont'd | | | | | |
| 7 | 10.31.02 | ptc (CE) | ☐ Held | ☐ Cont'd | OK to advance | any time per Powers J | | | |
| 8 | 1.31.03 | Prob | ☐ Held | ☐ Cont'd | 10/31/02 | tape 543 - around | d | | |
| 9 | 11.5.02 | srp | ☐ Held | ☐ Cont'd | Pd - | | "2600 - " | | |
| 10 | | | ☐ Held | ☐ Cont'd | Close | | | | |

ARR=Arraignment  PT=Pretrial hearing  CE=Discovery compliance and jury election  T=Bench trial  J=Jury Trial  PC=Probable cause hearing  M=Motion hearing  SR=Status review
SRP=Status review of payments  FA=First appearance in jury session  S=Sentencing  CW=Continuance-without-finding scheduled to terminate  P=Probation scheduled to terminate
DFTA=Defendant failed to appear and was defaulted  WAR=Warrant issued  WARD=Default warrant issued  WR=Warrant or default warrant recalled  PR=Probation revocation hearing

| ENTRY DATE | OTHER DOCKET ENTRIES |
|---|---|
| 2/21/02 | Thomas N. Irveino's appearance filed |
| 2/21/02 | Def's Motion to Continue filed (list 2/21/02) |
| 2/21/02 | Motion Allowed per Despropolous |
| 5/6/02 | MOTION FILED by ATTY IOVIENO  (M8) |
| 5/8/02 | Amended MOTION FILED by ATTY IOVIENO  (M8) |
| 7.1.02 | Atty Laurans filed appearance - Atty Iovieno to withdraw |
| 9-9-02 | DA Greenhaugh + Atty Laurans request cont. - Prob notified |
| 9.19.02 | motion to dismiss/suppress denied - Warren Powers J. |
| 11/4/02 | DEF Pd CC, VWF  (M8) |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED and JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES and COMMENTS | ✓WAIVED |
|---|---|---|---|---|
| | Legal Counsel Fee (211D §2A ¶2) | | | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |

Case 1:04-cv-11577-GAO    Document 18-3    Filed 11/30/2006    Page 4 of 11

| APPLICATION FOR COMPLAINT | ☑ ADULT ☐ JUVENILE | NUMBER 0266 CR 214 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

☑ ARREST ☐ HEARING ☐ SUMMONS ☐ WARRANT

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

COURT DIVISION
Milford District Court
161 West St. - P.O. Box 370
Milford, Ma. 01757

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 01/31/02 | 01/31/02 | TOWN OF BELLINGHAM |

NAME OF COMPLAINANT
SERGEANT EDWARD GUZOWSKI

ADDRESS AND ZIP CODE OF COMPLAINANT
6 MECHANIC STREET
BELLINGHAM MA 02019

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
PAUL WATSON
7 SHERMAN ST
MILLIS, MA 02054

| NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|
| 1. | DISORDERLY | 272-53 |
| 2. | B&E DAYTIME W/INTENT (M) | 266-16A |
| 3. | | |
| 4. | | |

COURT USE ONLY → A hearing upon this complaint application will be held at the above court address on

DATE OF HEARING / TIME OF HEARING  **RECEIVED**

COURT USE ← ONLY

## CASE PARTICULARS — BE SPECIFIC

FEB 01 2002
MILFORD DISTRICT COURT

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Comm OF MA | | | |
| 2 | Town OF Bellingham | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS: DISPATCHED TO PEARL ST MILL FOR REPORT OF PRIOR OWNER ON PREMISES ~~TO ADVISE~~ CAUSING PROBLEMS WITH TOWN OWNED BUILDING TENANTS. WATSON, FOUND INSIDE A LOCKED BUILDING/ REFUSED TO LEAVE.

X _____
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 5/25/38 | KINGSTON JAMAICA | 020 56 6896 | M | JAM | 5'4" | 180 | BRO | BLK |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| NONE | NONE | JUDAH | HARROLD WATSON |

## ▼ COURT USE ONLY ▼

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | NO PROCESS TO ISSUE ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | |
| | PROCESS TO ISSUE ☐ Sufficient evidence presented ☐ Defendant failed to appear    TYPE OF PROCESS ☐ Warrant ☐ Summons returnable _____ | |
| | ☐ Continued to | |

COMMENTS



# COMMONWEALTH OF MASSACHUSETTS

## LAND COURT

### DEPARTMENT OF THE TRIAL COURT



Case No.   103096 T.L.

### FINAL JUDGMENT IN TAX LIEN CASE

Town of Bellingham

vs.

Paul Watson; Janet Watson; Roaring Brook Realty Company; Medway Savings Bank

### JUDGMENT

This case came on to be heard and was argued by counsel, and thereupon, upon consideration thereof, it is

ADJUDGED and ORDERED that all rights of redemption are forever foreclosed and barred under the deed given by the Collector of Taxes for the      Town

of      Bellingham          in the County of      Norfolk

and said Commonwealth, dated      December 29, 1993,                    and duly recorded in

Book      10351                          Page      403.

By the Court   (Breuer, Deputy Recorder)

Attest:

Dated   July 17, 2001        A TRUE COPY
                             ATTEST:

jn                           RECORDER

Charles W. Trombly, Jr.
Recorder

EXHIBIT
# 2
Commonwealth

*C O M M O N W E A L T H   O F   M A S S A C H U S E*
*THE TRIAL COURT*

WORCESTER, SS.

*HOUSING COURT DEPARTMENT*
*WORCESTER COUNTY DIVISION*

*98-CV-201*

PLAINTIFF(S):  *Tenants of Carryville Mill*

*vs*

*TEMPORARY RESTRAINING ORDER &*
*ORDER OF NOTICE*

DEFENDANT(S):  *Town of Bellingham*
*6 Mechanic Street*
*Bellingham, MA 02019*

It clearly appears from the specific facts set out in the Affidavit/Verified Complaint filed with the Clerk of this Court that immediate and irreparable injury, loss or damage will result to the above referenced Plaintiff(s). Accordingly, at 3:00 P.M. this day of March 23, 1999, the above referenced Defendant(s) each and every one of them, are ordered:

**TO DESIST AND REFRAIN FROM Taking any action with respect to evicting Plaintiffs until further order of the court.**

This temporary restraining order automatically expires in ten days from the date and time granted. If necessary it be extended for a like period if the Plaintiff(s) so requests before the ten days expire. Upon two days notice to the Plaintiff(s), the Defendant(s) may apply to the Court to dissolve or modify the temporary restraining order.

Because this order will not unduly harm the Defendant(s), I order that no security be given by the Plaintiff(s) for the issuance of these orders.

AVISO PARA LAS PERSONAS QUE HABLAN ESPAÑOL: SI USTED NO PUEDE LEER INGLES, ESTE DOCUMENT LEGAL DEBE SER TRADUCIDO CUANTO ANTES.

_____
JOHN G. MARTIN, FIRST JUSTICE

We also notify you that an application has been made in said action for a preliminary injunction and that a hearing upon such application will be heard without a jury, in the Housing Court at the time and place listed below:

DATE: April 1, 1999
TIME: 2:00
PLACE: UXBRIDGE DISTRICT COURT,
HOUSING COURT SESSION, S. MAIN ST.
UXBRIDGE, MA 01570

_____
JAMES A. BISCEGLIA, CLERK MAGISTRATE

PROOF OF CONSTABLE SERVICE OF THIS ORDER MUST BE PROVIDED TO THE COURT.

02 CR 0214 Com vs WATSON                     Page II

I believed that dept was trespassing
arrested because I had no authority
to be there. Town had taken the
property for a failure to pay taxes.
→ Both Buildings had same address.
Door was closed and locked —
dept had key to door

Dw - ATTY
Scott
Ambler
Council to Town of Bellingham. Land Court
Tax Taking - Jan 2002 Land Court
final decree, Foreclosing a right of
redemption. (first week of Jan)
Where did Town Council Thomas send
notices to — 26 Pearl St.

Notice to Town from Land Court.
No action to Evict Taken w/respect to A
"    "    Taken up to Jan 31.

Preliminary Injunction    Bell, Fire dept.
Town condemned the property.
Bld was Posted.

Judge Martin say the Injunction did
not apply to the office.

Order to Vacate premises granted
→ in Early 1999. By Judge Martin.
Copy of Order to be OBTAINED

3/17/99 - Posted as Condemned Property

Ex  Ten WATTS filed a petition in housing
for stay on Condem. Order Town to refrain
from Taking any other action.
4/1999



*C O M M O N W E A L T H   O F   M A S S A C H U S E T T S*
*THE TRIAL COURT*

SS.                                           *HOUSING COURT DEPARTMENT*
                                              *WORCESTER COUNTY DIVISION*

                                                      *99-CV-0705*

*PLAINTIFF(S):  Town of Bellingham (Fire)*

*vs*                                           *PRELIMINARY INJUNCTION*

*DEFENDANT(S):  Paul Watson, Trustee*
*               Mitson Realty Trust*
*               26 Pearl Street*
*               Bellingham, MA 02019*

    *After notice and hearing, the Defendant(s) and the Defendant(s) employees and agents, each and every one of them, are enjoined from:*

    *renting, leasing or putting anybody in the building at 26 Pearl Street, Bellingham, until further order from this court.*

    *For good cause shown, I order that no security be given by the Plaintiff(s) for the issuance of these Order(s).*

AVISO PARA LAS PERSONAS QUE HABLAN ESPAÑOL: SI USTED NO PUEDE LEER INGLES, ESTE DOCUMENT LEGAL DEBE SER TRADUCIDO CUANTO ANTES.

                                        JOHN G. MARTIN, FIRST JUSTICE
                                        DATED:  April 6, 1999

SHERIFF/CONSTABLE'S RETURN OF SERVICE

I, the undersigned, served this Order and accompanying documents upon the Defendant(s) on ___4/ 7/___ , 19 99  in the following manner:

*Service made in hand To Paul Watson Trustee*
*26 Pearl ST. Bellingham MA.*

                    *Paul Chiepa*
                    *donsTable*              Signature

(SEAL)



EXHIBIT
#4
Commonwealth

NWEALTH OF MASSACHUSETTS    COPY

# LAND COURT

## DEPARTMENT OF THE TRIAL COURT

Case No. T.L. 119631

### FINAL JUDGMENT IN TAX LIEN CASE

TOWN OF BELLINGHAM
vs.
PAUL WATSON Trustee    of MITSON REALTY TRUST

### JUDGMENT

This case came on to be heard and was argued by counsel, and thereupon, upon consideration thereof, it is

ADJUDGED and ORDERED that all rights of redemption are forever foreclosed and barred under the deed

given by the Collector of Taxes for the TOWN OF BELLINGHAM in the County of Norfolk and said

Commonwealth, dated October 25, 1991 and duly recorded in Book 9106, Page 345.

By the Court   (Breuer, Dep. Rec.)

Attest:

Charles W. Trombly Jr.
Recorder

Dated:   January 8, 2002

mb

A TRUE COPY
ATTEST:
Charles W. Trombly, Jr.
RECORDER

| PRETRIAL CONFERENCE REPORT | DOCKET NUMBER 0266CR0214 | Trial Court of Massachusetts District Court Department |
|---|---|---|

**COURT DIVISION**

Milford District Court
161 West St. - P.O. Box 370
Milford, Ma. 01757

COMMONWEALTH VS _Paul Watson_
NAME OF DEFENDANT

### PRETRIAL CONFERENCE REPORT

A pretrial conference between the parties was conducted on _3/15/2002_ ,19__ with the following results:

**1. MANDATORY DISCOVERY FOR THE DEFENDANT.** See Mass. R. Crim. P. 14(a)(1). The Commonwealth has provided (will provide by _Compliance_ ) the following if relevant and within the possession, custody or control of the prosecutor:
✓ written or recorded statements of the defendant
✓ any facts of an exculpatory nature

See Mass. R. Crim. P. 14(a)(2). The defendant has been permitted (will be permitted by _compliance date_) to discover, inspect, and/or copy the following if within the possession, custody, or control of the prosecutor or persons under the prosecutor's direction and control:
✓ any material and relevant physical evidence and documents (specify) _any documentation or evidence giving title and/n possession to the subject premises_
✓ statements of persons as defined by Rule 14(d) _to any other person or entity other than_
✓ reports of physical or mental examinations of any persons _Paul Watson. Booking Tape_
✓ reports of scientific tests or experiments _or any court order preventing Paul Watson from entrance on th_
✓ names, addresses and dates of birth of prospective witnesses _30 days prior to trial premises;_

COMPLETED: YES____ NO__✓__ COMPLIANCE DATE:_____

**2. ADDITIONAL DISCOVERY FOR THE DEFENDANT.** The defendant has been permitted (will be permitted by _____) to discover, inspect, and/or copy the following if within the possession, custody, or control of the prosecutor:

Agreed  Ordered
____ ____ substance of any oral statements made by the defendant
____ ____ written or recorded statements of the co-defendant
____ ____ substance of any oral statements made by the co-defendant
____ ____ any promises, rewards, or inducements made to any witness
____ ____ copies of search warrants with the return and affidavits
____ ____ names and addresses of expert witnesses and field of expertise
____ ____ identification procedures
✓ ____ police reports

COMPLETED: YES____ NO____ COMPLIANCE DATE:_____

**3. RECIPROCAL DISCOVERY FOR THE PROSECUTION.** See Mass R. Crim. P. 14(a)(3). The prosecution has been permitted (will be permitted by _____) to discover, inspect, and copy the following:

Agreed  Ordered
____ ____ any material and relevant physical evidence and documents (specify) _anything to be used at trial_
✓ ____ statements of persons as defined by Rule 14(d)
✓ ____ reports of physical or mental examinations of any persons
✓ ____ reports of scientific tests or experiments
✓ ____ names, addresses and dates of birth of prospective witnesses

To be called or used by Defendant at trial 30 day prior to trial.

COMPLETED: YES____ NO____ COMPLIANCE DATE:_____

**4. NOTICE OF ALIBI.** See Mass. R. Crim. P. 14(b)(1). The Commowealth hereby notifies the defendant that the time, date and place of the alleged offense was as follows: N/A

DC-CR-23 (1/94)                                    (over)

Comm. Paul. J. WATSON

DW-1    02 CR-0214

officer    Schreffler    Bel. PD - 1/31/02    DISPATCH
12:38 PM. - Wrote Police Report. Landlord
on Property Causing Prob. - w/ TENANTS
- Possible trespass - w/ officer CLINTON.
Went to 26 Pearl St.
LOCATED a Vehicle outside his office
which is a small Bld attached
to a larger Bld.
Partner Knocked on door. I saw
WATSON When I looked in Picture window.
FACTORY - mill Bld w/ Attached Bld
a residence.
officer CLINTON Knocked on door.
Walked over to CLINTON who was telling
dept he was trespassing.
WATSON said that officers had
no authority to enter the building
MARILYN MATTHEW Chief Financial
officer was at location after I was
Placed under arrest for disorderly
Conduct.
After BOOKING I given trespass notice

DA-CROSS: Buildings Connected. Under arrest
for disorderly Conduct.
We were advised that Town owned the
Property.

officer    : Bell. PD 18 YRS - 1/31 on duty.
CLINTON    Chief Fin. officer informed use that dept was
on Town Property. I arrived first & went
to the front Door. WATSON opened Door &
Said wasn't giving officer Permission to
enter. DISORDERLY.