# EXHIBIT 3

# COMMONWEALTH OF MASSACHUSETTS
## LAND COURT
### DEPARTMENT OF THE TRIAL COURT

DOCKET *Converted*

**CASE TYPE:** Tax Lien
**CASE NO.:** T.L. 119631
**LAND IN:** Town Of Bellingham

**DATE FILED:** April 13, 1999

**ON:** 26 Pearl Street

**TITLE EXAMINER(S):** Joel Davidson, Esq.

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| TOWN OF BELLINGHAM. | PAUL WATSON, Trustee(s) of MITSON REALTY TRUST.<br><br>MITSON REALTY TRUST.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC). |
| **PLAINTIFFS' ATTORNEY(S):**<br>1  04/13/1999  MATTHEW J. THOMAS, ESQ<br>355 Union Street<br>New Bedford, Ma 02740 | **DEFENDANTS' ATTORNEY(S):**<br>1  06/26/2000  PAUL WATSON, Trustee(s) of MITSON REALTY TRUST<br>26 Pearl Street<br>Bellingham, MA  02019<br>(508) 966-1110<br>appears pro se |

| # | Code | Entry | Date |
|---|---|---|---|
| 1 | PF | Petition Filed | 04/13/1999 |
| 2 | RF | Report filed | 09/10/1999 |
| 3 | CI | Citation issued and copies sent to all parties, return day 06/26/2000 | 05/26/2000 |
| 4 | ANS | Answer of PAUL WATSON Trustee(s) of MITSON REALTY TRUST filed | 06/26/2000 |
| 5 | NOHC | Notice of Hearing on Complaint, to be heard 05/09/2001, filed | 04/30/2001 |
| 6 | MPLFF | Motion for Payment of Legal Fees, to be heard on 05/09/2001, filed | 04/30/2001 |
| 7 | DEF | PAUL WATSON Trustee(s) of MITSON REALTY TRUST called and defaulted in open court for failure to appear and defend and written notice thereof sent. (Trombly, Rec.) | 05/09/2001 |
| 8 | AMS | Affidavit of Military Service filed | 05/21/2001 |
| 9 | MGDFA | Motion For General Default, filed and allowed. (Kilborn, C.J.) | 05/21/2001 |

| # | Code | Entry | Date |
|---|------|-------|------|
| 10 | MVJF | Motion of PAUL WATSON Trustee(s) of MITSON REALTY TRUST to Remove Default, to be heard on 06/21/2001, filed. | 05/22/2001 |
| 11 | MISC | Motion to Remove Default taken Under Advisement. (Trombly, Rec.) | 06/21/2001 |
| 12 | MISC | Order Denying Motion to Remove Default, entered. (Trombly, Rec.) | 07/11/2001 |
| 13 | DI | Disclaimer of Interest filed by FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC) | 01/03/2002 |
| 14 | JEXX | Judgment entered. ( Breuer, Dep. Rec. ) | 01/08/2002 |





## COMMONWEALTH OF MASSACHUSETTS
## LAND COURT
### DEPARTMENT OF THE TRIAL COURT

Case No.   103096 T.L.

### FINAL JUDGMENT IN TAX LIEN CASE

Town of Bellingham

vs.

Paul Watson; Janet Watson; Roaring Brook Realty Company; Medway Savings Bank

### JUDGMENT

This case came on to be heard and was argued by counsel, and thereupon, upon consideration thereof, it is

ADJUDGED and ORDERED that all rights of redemption are forever foreclosed and barred under the deed given by the Collector of Taxes for the   Town   of   Bellingham   in the County of   Norfolk   and said Commonwealth, dated   December 29, 1993,   and duly recorded in Book   10351   Page   403.

By the Court   (Breuer, Deputy Recorder)

Attest:

Dated  July 17, 2001       A TRUE COPY
                           ATTEST:

                           *[signature]*
                           RECORDER

                                                    Charles W. Trombly, Jr.
                                                    Recorder

jn

LCD-1 (12/00)

(SEAL)      NWEALTH OF MASSACHUSETTS     COPY

## LAND COURT
### DEPARTMENT OF THE TRIAL COURT

Case No. T.L. 119631

### FINAL JUDGMENT IN TAX LIEN CASE

TOWN OF BELLINGHAM
vs.
PAUL WATSON Trustee     of MITSON REALTY TRUST

### JUDGMENT

This case came on to be heard and was argued by counsel, and thereupon, upon consideration thereof, it is ADJUDGED and ORDERED that all rights of redemption are forever foreclosed and barred under the deed given by the Collector of Taxes for the TOWN OF BELLINGHAM in the County of Norfolk and said Commonwealth, dated October 25, 1991 and duly recorded in Book 9106, Page 345.

By the Court    (Breuer, Dep. Rec.)

Attest:

Charles W. Trombly Jr.
Recorder

Dated: January 8, 2002

mb

A TRUE COPY
ATTEST:
*Charles W. Trombly, Jr.*
RECORDER