# EXHIBIT 6

MASXP-20050325
kenneyma

Commonwealth of Massachusetts
NORFOLK SUPERIOR COURT
Case Summary
Civil Docket

12/01/2005
11:28 AM

## NOCV1994-01195
## Watson Paul v Bellingham

| | | | |
|---|---|---|---|
| **File Date** | 06/02/1994 | **Status** | Disposed: by Settlement (dispsetl) |
| **Status Date** | 11/29/1996 | **Session** | B - Civil B-CtRm 3 |
| **Origin** | 1 | **Case Type** | E03 - Action against Commonwealth/municpl |
| **Lead Case** | | **Track** | A |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 08/31/1994 | **Answer** | 10/30/1994 | **Rule12/19/20** | 10/30/1994 |
| **Rule 15** | 08/26/1995 | **Discovery** | 07/21/1996 | **Rule 56** | 09/19/1996 |
| **Final PTC** | 01/17/1997 | **Disposition** | 06/01/1997 | **Jury Trial** | Yes |

**PARTIES**

**Plaintiff**
Watson Paul
Active 06/02/1994

**Defendant**
Town of Bellingham
Active 06/02/1994

**ENTRIES**

| Date | Paper | Text |
|---|---|---|
| 06/02/1994 | | Original: OR=1 TY=E03 TRK=A. |
| 11/29/1996 | | Stat at cnvrsn to cmputr 09/16/2000. (see docket book for previous docket entries). |

**EVENTS**

A TRUE COPY
Attest: Mary C. Kenney
Deputy Assistant Clerk
12/1/05

NORFOLK COUNTY
SUPERIOR COURT
CIVIL DOCKET

COMPLAINT

Docket No. 94 01195

B

PAUL WATSON – 26 Pearl St. Bellingham

VS.

TOWN OF BELLINGHAM ETALS

Janet Watson
7 [illegible] Rd.
Millis 02054

# DOCKET ENTRIES

Appearance

| TRIAL LIST | COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|---|
| Status 11/19/96 DW | 1994June 2 Richard M Bennett W.D. 12-29-95<br>Lang Straus Xifaras & Bullard<br>115 OrchARD Street<br>New Bedford 02740<br><br>1994 July13 Gary S. Brackett W/D [illegible]<br>Brackett & Lucas<br>34 Mechanic Street, Worcester 01608 | 1994 JUNE 22 LOUIS G. BERTUCCI JR. ESQ<br>5 BEALE STREET QCY 02170<br><br>1994 AUG 17 Jacqueline 1 allen(defts)<br>Law office of Philip McCarthy<br>OneLiberty Sq<br>Boston, Ma 02109 |

1 1994June 2 **Action entered - Complaint filed** plff jury claim

2 2 cover sheet

3 3. plffs motion for special process server allowed. Mulligan J.
3 average track notice sent to plff attorney

4 1994 Jun13 Return of service in hand to Shirley Toomey accepted service for deft Lee G Ambler pl

5 1994 jun13 Return of service in hand to deft richard F Ranieri pl

6 1994 Jun13 Return of service in hand to Kathleen Harvey,Town clerk of deft Corporation Town of Bellingham pl

7 ~~1994 JUNE 23 DEFT METRO BOSTON MORTGAGE INC'S ANS. TO PLAINTIFF'S COMPLAINT. ADT~~
~~1994 JUNE 23 TRACKING NOTICE SENT. ADT~~

F-89

No. ~~94~~ ~~01~~195

DOCKET ENTRIES (Continued)

| No. | Date | Proceedings |
|---|---|---|
| 7 | 1994 July 13 | Pltffs. Amended Complaint and jury trial (7/12/94) cak |
| 8 | 1994 Aug 1 | Return of service L&U with a person of suitable age and discretion residing therein(Alice,Wife) for deft William Bissonnette pl |
| 9 | 1994 Aug 1 | Return of service L&U of the deft with a person of suitable age and residing therein (Eileen Tuttle,Wife) for deft John E Tuttle Jr pl |
| 10 | 1994 Aug 1 | Return of service L&u for the deft Dennis Fraine left with a person of suitable and discretion (Joyce Fraine, Wife) pl |
| 11 | 1994 Aug 1 | Return of service L&U of deft Lawrence Cibley with a person of suitable age and discretion (Elizabeth) pl |
| 12 | 1994 Aug 1 | Return of service in hand to deft Anthony Mazzola pl |
| 13 | 1994 Aug 1 | Return of service in hand to deft Elizebeth Lowry pl |
| 14 | 1994 Aug 1 | Return of servicein hand to deft Bertram Guerin pl |
| 15 | 1994 Aug 1 | Return of service in hand to Dolly Heavey,agent in charge for accepted service for deft Lee G Ambler pl |
| 16 | 1994 Aug 1 | Return of service in hand to deft Richard F Ranieri pl |
| 17 | 1994 Aug 1 | Return of service in hand to Kathleen Harvey(town clerk)for deft Town Bellingham pl |
| 18 | 1994 Aug 17 | Answer of defts pl |
| | 1994 Aug 17 | Tracking notice sent to attorney Allen pl |
| 19A | 1994 Nov 3 | Defts'. Motion to consolidate cak |
| 19B | Nov 3 | Pltffs'. Opposition to Defts'. Motion to consolidate cak |
| 19C | Nov 3 | Memorandum in support of Pltffs'. opposition cak |
| 19D | Nov 3 | Request for hearing by Pltffs. cak |
| 19E | Nov 3 | Affidavit of Compliance, 9A cak |
| 19F | Nov 3 | List of Documents cak |
| 19G | Nov 3 | Notice of filing cak |

NORFOLK COUNTY
SUPERIOR COURT
CIVIL DOCKET

page two of ~~two~~ 3 pages

Docket No. 94--01195

PAUL WATSON VS. TOWN OF BELLINGHAM ETALS

# DOCKET ENTRIES

| TRIAL LIST | COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|---|
| | 1996 Mar 6 W/D Keith G Langer(Paul&Janet Watson &Paul WatsonTrustee) 118 Emmons St Franklin;02038 | 1996 Sep 18 Leonard H. Kesten (Bertand Guerin Brody, Hardoon, Perkins & Kesten Two Hundred State St. 02109 |

Action entered - Complaint filed

| | | |
|---|---|---|
| | 1994 nov 15 | Re: Defendants' Motion to consolidate (p 19A) After review pursuant to Rule 9A motion is denied. (Butler, J) (dated 11-9-94) n.s. cdc |
| 20A | 1995 Dec 7 | Motion of Plffs'. Counsel to withdraw, Assented to cak |
| 20B | Dec 7 | Affidavit of Richard M. Bennett cak |
| | 1996 Jan 9 | Re: Plaintiffs' Motion to withdraw counsel Richard M. Bennett. (p 20A) Motion to withdraw is ALLOWED; Successor counsel must file an appearance forthw The 60 day stay is DENIED. (Donovan, J) (dated 12-27-95) n.s. cdc |
| 21 | 1996 Mar 1 | Defts' affidavit on reapplication for entry of judgment of dismissal as to the plff Paul Watson pl |
| 22 | 1996 Mar 1 | Defts' affidavit on reapplication for entry of judgment of dismissal as to the plff Andrew Watson pl |
| 23 | 1996 Mar 1 | Defts' affidavit on reapplication for entry of judgment of dismissal as to plff Mark Watson pl |

F-89

No.

DOCKET ENTRIES (Continued)

| No. | Date | Entry |
|---|---|---|
| 24 | 1996mar 1 | Defts' affidavit on reapplication for entry of judgment of dismissal as to plff Paul Watson as trustee of Milton Realty Trust pl |
| 25 | 1996 Mar 1 | Defts' affidavit on reapplication for entry of judgment of dismissal as to plff David Watson pl |
| 26 | 1996 Mar 1 | Defts' affidavit on reapplication for entry of judgment of dismissal as to plff Janet Watson pl |
| 27 | 1996 Mar 1 | Defts' notice of reapplication as to plff Paul Watson pl ns |
| 28 | 1996 Mar 1 | Defts' notice of reapplication as to plff Andrew Watson ns pl |
| 29 | 1996 Mar 1 | Defts' notice of reapplication as to plff Mark Watson ns pl |
| 30 | 1996 Mar 1 | Defts' notice of reapplication as to plff Paul watson as trustee on Milton Realty Trust ns pl |
| 31 | 1996 Mar 1 | Defts Notice of reapplication as to plff David Watson ns pl |
| 32 | 1996 Mar 1 | Defts'Notice of reapplication as to plff Janet Watson ns pl |
| 33 | 1996 Mar 11 | Supplement affidavit of counsel on reapplication for entry of dismissal as to plff Paul Watson(rec'd3/8/96)pl |
| 34 | 1996 Mar 11 | Supplemental affidavit of counsel on reapplication for entry of dismissal as to plff Andrew Watson(rec'd3/8/96 |
| 35 | 1996 Mar 11 | Supplemental affidavit of counsel on reapplication for entry of dismissal as to plff Mark Watson(rec'd3/8/96) |
| 36 | 1996 Mar 11 | Supplemental affidavit of counsel on reapplicationfor entry of dismissal as to plff Paul Watson as trustee of Milson Realty Trust(rec'd3/8/96)pl |
| 37 | 1996 Mar 11 | Supplemental affidavit of counsel on reapplication for entry of dismissl as to plff David Watson(rec'd3/8/96)p |
| 38 | 1996 Mar 11 | Supplemental affidavit of counsel on reapplication for entry of dismissal as to plffJanet Watson (rec'd3/8/96)pl |
| 39a | 1996 Mar 25 | Motion for reconsideration fo denial of stay to retain counsel of plff(rec'd 3/22/96)pl |
| 39b | 1996 Mar25 | Opposition of defts Town of Bellingham,Richard Ranieri,Lee G Ambler,Dennis Frane,ANthony Mazzola,Elizabeth Lowry,William Bissonnette,Lawrence Cibly & John E tuttle Jr. to plff's motion for reconsideration of denial of stay to retain counsel(rec'd3/22/96)pl |
| 39c | 1996 Mar 25 | Affidavit of Paul Watson(Rec'd3/22/96)pl |

NORFOLK COUNTY
SUPERIOR COURT
CIVIL DOCKET

P. 38

Docket No. 94-1195B

Paul Watson VS. Town of Bellingham Etals

# DOCKET ENTRIES

| TRIAL LIST | COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|---|
| | | |

Action entered - Complaint filed

| No. | Date | Entry |
|---|---|---|
| 40 | 1996 Apr 9 | Final judgment as to plff Paul Watson pl ns |
| 41 | 1996 APr 9 | Final Judgment as to plff Janet Watson pl ns |
| 42 | 1996 Apr 9 | Final Judgment as to plff ANdrew Watson pl ns |
| 43 | 1996 Apr 9 | Final Judgment as to plff David Watson pl ns |
| 44 | 1996 Apr 9 | Final Judgment as to plff Mark Watson,a minor by Paul Watson,his father and next friend pl ns |
| 45 | 1996 Apr 9 | Final Judgment as to plff Paul Watson as trustee of Mitson Realty Trust ns pl |
| | 1996 May 7 | RE: Motion for Reconsideration of Denial of Stay to Retain Counsel (p#39A)----- Motion for reconsideration is allowed. The sixty day stay order which was denied on Dec. 27, 1995 is revoked. Plaintiffs' attorney has 30 days to file response to outstanding discovery (Donovan, J.) 5/2/96 c:s. cak |

F-89

No. 94-1195-B

DOCKET ENTRIES (Continued)

| No. | Entry |
|---|---|
| 46A | 1996 July26 Motion by plffs' counsel to withdraw with a 60 day stay to retain new counsel (clc) |
| 46B | 1996 July26 Affidavit of plffs' counsel as to withdrawal (clc) |
| 46C | 1996 July26 Defts Town of Bellingham opposition to plffs motion to withdraw (clc) |
| 46D | 1996 July26 Document list (clc) |
| 47 | 1996 Aug 9 Plffs 9A affidavit (clc) |
| | 1996 Aug 12 Re: Motion by plaintiffs' counsel to withdraw with a 60 Day stay to retain new counsel (p 46A) Motion denied. (Chin, J) n.s. cdc |
| 48 | 1996 Sept3 Plff's counsel's motion for reconsideration RE: Denial of his motion to withdraw with 60 dat stay to obtain successor counsel cj (clc) |
| 49 | 1996 Sept 3 Memo in support of motion to withdraw (clc) cj |
| | 1996 Sep12 re: Keith G Langer,Plffs' Counsel Motion for reconsideration(p#48)----The moving party,Keith Langer, has failed to set forth any facts, either in the Motion to withdraw or in the Motion for recosideration that would warrant withdrawal at this time. Motion denied(Chin,J) 9/10/96(mk) cs |
| 50 | 1996 Sep 18 Motion of Plffs'. Co-Counsel Gary S. Brackett, to withdraw, assented to by Counsel for Defts. cak |
| 51 | 1996 Oct 4 Re: Appeals Court ORDER: Upon Consideration of the petition filed pursuant to G.l.c. 231, § 118, it is ORDERED that the denials of the motions to withdraw are VACATED and the motions to withdraw as counsel for the plaintiffs are ALLOWED. The plaintiffs are deemed proceeding pro se. (Perretta,J.) (10/2/96) (rec'd. 10/3/96) cs cak |
| 52 | 1996 Oct 17 Affidavit of Compliance, 9A CAK |
| | 1996 Oct. 28 Notice sent for a status conference on Tuesday, November 19, 1996 at 2;00 before the session Clerk of the "B" Session. cs dg |
| | 1996 Nov 5 Re: Motion of plaintiffs' co-counsel to withdraw; assented to by counsel for defendants (p50) Allowed (Fabricant, J) (dated 10-29-96) n.s. cdc |
| 53 | 1996 Nov. 22 Pre trial order; case dismissed for failure to appear at the status conference. (Fabricant,J) |
| 54 | 1996 Nov. 22 Judgment of dismissal. cs dg |