**EXHIBIT 2**

| CRIMINAL DOCKET | DOCKET NO. 0266CR000214 | ATTORNEY NAME Atty M Laurent |
|---|---|---|

| COURT DIVISION Milford | ☐ INTERPRETER REQUIRED | DATE and JUDGE | DOCKET ENTRY |
|---|---|---|---|
| NAME, ADDRESS AND ZIP CODE OF DEFENDANT WATSON, PAUL J 26 PEARL ST BELLINGHAM, MA 02019 | 7 Sherman Rd, Milles MA 02045 -2-1-02 | 2.1.02 Powers J | ☑ Attorney appointed (SJC R. 3:10) own ☐ Atty denied and Deft Advised per 211D §2A ☐ Waiver of counsel found after colloquy |
| | | Stay away fr 26 Pearl St Bellingham MA | Terms of release set: ☑ PR ☐ Bail: ☐ Held (276 §58A) ☐ See back for special conditions |
| DEFT. DOB AND SEX 05/25/1938 M | | | Arraigned and advised: ☑ Potential of bail revocation (276 §58) ☐ Right to bail review (276 §58) ☐ Right to drug exam (111E §10) |
| DATE OF OFFENSE(S) 01/31/2002 | PLACE OF OFFENSE(S) BELLINGHAM | 10.31.02 | Advised of right to jury trial: ☐ Does not waive ☑ Waiver of jury trial found after colloquy |
| COMPLAINANT GUZOWSKI, EDWARD | POLICE DEPARTMENT (if applicable) BELLINGHAM PD | | |
| DATE OF COMPLAINT 02/01/2002 | RETURN DATE AND TIME 02/01/2002 08:30:00 | | Advised of trial rights as pro se (Supp. R. 4) Advised of right of appeal to Appeals Ct (R. 28) |

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| 1. 272/53/F DISORDERLY CONDUCT c272 §53 | | | 100 | | 35 ☐ WAIVED |

| DISPOSITION DATE and JUDGE 10.31.02 Powers J | SENTENCE OR OTHER DISPOSITION ☑ Sufficient facts found but continued without guilty finding until: ☑ Probation ___ ☐ Pretrial Probation (276 §87) - until: ___ 3 mos 1-31-03 |
|---|---|
| DISPOSITION METHOD ☑ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning ☐ Bench Trial ☐ Jury Trial ☐ None of the Above | FINDING ☐ Not Guilty ☐ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause |
| | ☐ To be dismissed upon payment of court costs/restitution ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of Victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other: ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C) |
| | FINAL DISPOSITION ☑ Dismissed on recommendation of Probation Dept. ☐ Probation terminated: defendant discharged | JUDGE Powers J | DATE 2/13/03 |

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| 2. 266/16A B&E FOR MISDEMEANOR c266 §16A | | | | | ☐ WAIVED |

| DISPOSITION DATE and JUDGE 10.31.02 Powers J | SENTENCE OR OTHER DISPOSITION ☐ Sufficient facts found but continued without guilty finding until: ☐ Probation ☐ Pretrial Probation (276 §87) - until: |
|---|---|
| DISPOSITION METHOD ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning ☐ Bench Trial ☐ Jury Trial ☑ None of the Above | FINDING ☐ Not Guilty ☐ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause |
| | ☐ To be dismissed upon payment of court costs/restitution ☑ Dismissed upon: ☑ Request of Comm. ☐ Request of Victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other: ☑ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C) |
| | FINAL DISPOSITION ☐ Dismissed on recommendation of Probation Dept. ☐ Probation terminated: defendant discharged | JUDGE | DATE |

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|---|

[additional empty disposition blocks]

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|---|
| | | | 8347B000111/13/02COST | | 100.00 |
| | | | 8347B000111/13/02VWF | | 35.00 |

☐ ADDITIONAL COUNTS ATTACHED

COURT ADDRESS
Milford District Court
161 West Street
Milford, MA 01757

A TRUE COPY ATTEST: X   CLERK-MAGISTRATE/ASST. CLERK   ON (DATE)

DOCKET NUMBER: 0266CR000214  NAME: WATSON, PAUL J.

### SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | JUDGE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| 2 | 2.22.02 | PTC | ☐ Held ☐ Cont'd | | | | |
| 3 | 3-15-02 | PTC | ☐ Held ☐ Cont'd | | | | |
| 3 | 5.10.02 | mo | ☐ Held ☐ Cont'd (to Suppress) | | | | |
| 4 | 7.12.02 | mo | ☐ Held ☐ Cont'd to Suppress | | | | |
| 5 | 9.12.02 | mo/status | ☐ Held ☐ Cont'd | | | | |
| 6 | 9.20.02 | mo/status | ☐ Held ☐ Cont'd | | | | |
| 7 | 10.31.02 | PTC (C+E) | ☐ Held ☐ Cont'd OK to advance | any time | per Powers | | |
| 8 | 1.31.03 | Trial | ☐ Held ☐ Cont'd 10/31/02 | tape 543 - around | | | |
| 9 | 11.5.02 | SRP | ☐ Held ☐ Cont'd Pd - Close | | "2600-" | | |
| 10 | | | ☐ Held ☐ Cont'd | | | | |

ARR=Arraignment  PT=Pretrial hearing  CE=Discovery compliance and jury election  T=Bench trial  J=Jury Trial  PC=Probable cause hearing  M=Motion hearing  SR=Status review  SRP=Status review of payments  FA=First appearance in jury session  S=Sentencing  CW=Continuance-without-finding scheduled to terminate  P=Probation scheduled to terminate  DFTA=Defendant failed to appear and was defaulted  WAR=Warrant Issued  WARD=Default warrant issued  WR=Warrant or default warrant recalled  PR=Probation revocation hearing

| ENTRY DATE | OTHER DOCKET ENTRIES |
|---|---|
| 2/21/02 | Thomas N. Iovieno's Appearance filed |
| 2/21/02 | Def's Motion to Continue filed (list 2/21/02) |
| 2/21/02 | Motion Allowed per Casparopolous |
| 5/6/02 | Motion filed by Atty Iovieno (m8) |
| 5/8/02 | Amended Motion filed by Atty Iovieno (m8) |
| 7.1.02 | Atty Laurano filed appearance - Atty Iovieno to withdraw |
| 9-9-02 | DA Greenhaugh + Atty Laurano request cont. - Prob notified |
| 9.19.02 | motion to dismiss/suppress denied - Warren Powers J. |
| 11/4/02 | DEF PD CC, VWF (m8) |

### ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED and JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES and COMMENTS | ✓WAIVED |
|---|---|---|---|---|
| | Legal Counsel Fee (211D §2A ¶2) | | | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |