UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL WATSON, ET AL
        Plaintiff(s)

v.    CIVIL ACTION NO.  04-11577-GAO

TOWN OF BELLINGHAM, ET AL
        Defendant(s)

### JUDGMENT IN A CIVIL CASE

O'TOOLE            , D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

after oral argument, the court grants the defendant's summary judgment motion ( 17) for substantially the reasons argued by counsel. Therefore, judgment is entered for defendants on all counts of the complaint

SARAH A. THORNTON,
CLERK OF COURT

Dated:  6/25/07                By     Paul S. Lyness
                                                                            Deputy Clerk

(JudgementCivil.wpd  ca 04-11577.wpd - 3/7/2005)